*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-160**

IN RE LAWRENCE D. O'NEILL

**2022 DDN 49**

A Disbarred Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No. 265702**

BEFORE: Easterly and McLeese, Associate Judges, and Ruiz, Senior Judge.

## ORDER
(FILED—July 7, 2022)

On consideration of the certified copy of the order from the state of Maryland disbarring respondent Lawrence D. O'Neill from the practice of law in that jurisdiction; this court's March 28, 2022, order directing Mr. O'Neill to show cause why reciprocal discipline should not be imposed; Mr. O'Neill's response; the statement of Disciplinary Counsel; and it appearing that Mr. O'Neill has not filed his D.C. Bar R. XI, § 14(g) affidavit; and it further appearing that Mr. O'Neill was disbarred on June 16, 2022, as the result of an original disciplinary matter, No 20-BG-673, it is

ORDERED that this reciprocal disciplinary matter from the state of Maryland is dismissed as moot in light of Mr. O'Neill's disbarment in No. 20-BG-673. However, this matter may be considered if Mr. O'Neill files a petition for reinstatement in No. 20-BG-673.

**PER CURIAM**